

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRELL JOHNSON,

    Plaintiff,

v.                        Civil Action No. 3:19CV687

KAREN STAPLETON, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on Tyrell Johnson, the Court conditionally docketed the action. Tyrell Johnson requested leave to proceed in forma pauperis. By Memorandum Order entered on October 28, 2019, the Court directed Johnson to pay an initial partial filing fee of $11.54 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Johnson requested an extension of time to pay the initial partial filing fee. By Memorandum Order entered on November 15, 2019, the Court granted Johnson an extension of twenty (20) days from the date of entry thereof to pay the initial partial filing fee.

More than twenty (20) days have elapsed since the entry of the November 15, 2019 Memorandum Order and Johnson has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Johnson is not entitled to proceed in forma

pauperis. Johnson's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Johnson.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: December 18, 2019
Richmond, Virginia